U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

JAN 11 2017

TONY R. MOORE, CLERK
BY: _____
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| CARLOS WOODS | CIVIL ACTION NO. 1:16-CV-01097 |
| VERSUS | JUDGE JAMES T. TRIMBLE, JR. |
| JACKIE FOWNER, ET AL | MAGISTRATE JUDGE PEREZ-MONTES |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after independent (de novo) review of the record including the objections filed herein, and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that Woods's motion to dismiss is DENIED AND DISMISSED WITHOUT PREJUDICE as premature.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana on this 11th day of January, 2017.

JUDGE JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE