U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

MAY - 4 2017

TONY R. MOORE, CLERK
BY: _____MB_____
        DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| CARLOS WOODS, Plaintiff | CIVIL ACTION NO. 1:17-CV-289-P |
| VERSUS | JUDGE JAMES T. TRIMBLE, JR. |
| JACKIE FOWNER, ET AL., Defendants | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, including the objections filed by Plaintiff, having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that Woods's consolidated actions are hereby **DENIED** and **DISMISSED**, with prejudice, pursuant to 28 U.S.C. § 1915A. The excessive force and due process claims are dismissed with prejudice to being asserted again until the Heck conditions are met.

The Clerk of Court is instructed to send a copy of this Judgment to the keeper of the three strikes list in Tyler, Texas.

**THUS DONE AND SIGNED** at Alexandria, Louisiana, this 4th day of May, 2017.

_____
JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE